FILED

07 DEC 27 PM 12: 04

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

07 CR 3470 BEN

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>JULIO BELTRAN-LAY,<br><br>                    Defendant. | Criminal Case No. _____<br><br>I N D I C T M E N T<br><br>Title 8, U.S.C., Secs. 1326(a)<br>and (b) – Deported Alien Found<br>in the United States |

The grand jury charges:

On or about October 22, 2007, within the Southern District of California, defendant JULIO BELTRAN-LAY, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

//

JJO:em:San Diego
12/21/07

1      It is further alleged that defendant JULIO BELTRAN-LAY was

2  removed from the United States subsequent to April 14, 2006.

3      DATED: December 27, 2007.

4                    A TRUE BILL:

5

6                    Foreperson

7

8  KAREN P. HEWITT
United States Attorney

9

10  By:

11      JOSEPH J.M. ORABONA
Assistant U.S. Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28