```
                                    FILED
                                07 DEC 27 PM 12:04
                              CLERK, U.S. DISTRICT COURT
                           SOUTHERN DISTRICT OF CALIFORNIA

                              BY:  _____  DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'07 CR 3470 — BEN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | |
| v. ) | NOTICE OF RELATED CASE |
| JULIO BELTRAN-LAY, ) | |
| Defendant. ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Julio Beltran-Lay</u>, Criminal Case No. 07CR3170-BEN.

DATED: December 27, 2007.

KAREN P. HEWITT
United States Attorney

JOSEPH J.M. ORABONA
Assistant U.S. Attorney