1  **TIMOTHY A. SCOTT**
   California Bar No. 215074
2  LAW OFFICES OF TIMOTHY A. SCOTT
   1350 Columbia Street, Suite 600
3  San Diego, CA 92101
   Telephone: (61) 794-0451
4  Facsimile: (619) 652-9964
   email: timscottlaw@cox.net
5
   Attorneys for JULIO BELTRAN-LAY
6

7
                    UNITED STATES DISTRICT COURT
8
                   SOUTHERN DISTRICT OF CALIFORNIA
9
                    **(HONORABLE ROGER T. BENITEZ)**
10

11 UNITED STATES OF AMERICA,        )  Case No. 07cr3470-BEN
                                    )
           Plaintiff,                )  Date:   February 25, 2008
12                                  )  Time:   2:00 p.m.
             v.                     )
13                                  )  **NOTICE OF MOTIONS AND**
   JULIO BELTRAN-LAY                )  **MOTIONS TO:**
14                                  )
           Defendant.                )  1) Grant routine discovery requests that the
15                                  )     government inexplicably requires this
                                    )     Court to resolve;
16                                  )  2) Suppress fruits of unlawful arrest;
                                    )  3) Suppress custodial unmirandized statements in
17                                  )     the field;
                                    )  4) Suppress custodial statements in deport
18                                  )     proceeding;
                                    )  5) Dismiss indictment for failure to allege all
19                                  )     elements;
                                    )  6) Dismiss indictment for violation of right to
20                                  )     presentment;
                                    )  7) Dismiss indictment for misinstruction of the
21                                  )     grand jury;
                                    )  8) Strike surplusage from the
22                                  )     indictment;
                                    )  9) Grant further discovery.
23 _____

24 TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
         CHRISTOPHER M. ALEXANDER, ASSISTANT UNITED STATES ATTORNEY.
25
       **PLEASE TAKE NOTICE** that on February 25, 2008, at 2:00 p.m., or as soon thereafter
26
   as counsel may be heard, Julio Beltran-Lay, by and through counsel Timothy A. Scott, will ask
27
   this Court to enter an order granting the motions listed below.
28

                                        1                                    07cr3470-BEN

## MOTIONS

Mr. Beltran-Lay moves this Court to:

1) grant routine discovery requests that the government inexplicably requires this Court to resolve;
2) suppress fruits of unlawful arrest;
3) suppress custodial unmirandized statements in field;
4) suppress custodial statements in deport proceeding;
5) dismiss indictment for failure to allege all elements;
6) dismiss indictment for violation of right to presentment;
7) dismiss indictment for misinstruction of the grand jury;
8) strike surplusage from the indictment;
9) grant further discovery.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Dated: February 11, 2008                         Respectfully submitted,

                                                 *s/ Timothy A. Scott*

                                                 **TIMOTHY A. SCOTT**
                                                 Attorneys for Mr. Beltran-Lay