U.S. Department of Homeland Security                           Continuation Page for Form  I213

| Alien's Name           | File Number              | Date       |
| BELTRAN-Lay, Julio     | A099825254               | 10/22/2007 |
|                        | Event No:                |            |

TATTOO ARM, RIGHT, NONSPECIFIC
TATTOO HAND , RIGHT
TATTOO FOREARM, RIGHT


FATHER NAME & ADDRESS
--------------------
 Nationality:MEXICO , Unknown
UNKNOWN

RECORDS CHECKED
---------------
AFIS Pos
BVS Pos
CIS Pos
DACS Pos
IAFIS Pos
NCIC Pos
TECS Pos

FUNDS IN POSSESSION
-------------------
Mexican Peso .00
United States Dollar .00


Record of Deportable/Excludable Alien:
On October 22, 2007, I, Border Patrol Agent Edgar Hunt was performing linewatch duties in
the Chula Vista Border Patrol Station's area of responsibility.  At approximately 5:15 a.m.,
Sector Radio broadcasted a citizen's report of an individual detained near the Richard J.
Donovan Correctional Facility by a Correctional Officer.  I responded to the citizen's call
at Richard  J. Donovan Correctional Facility.  Richard J. Donovan Correctional Facility is
located approximately one mile east of the Otay Mesa, California Port Of Entry and
approximately two miles north of the United States/Mexico International Boundary.  When I
arrived, Correction Officer Sergeant J. Averett  Badge (#10326) had the individual detained
approximately 200 yards east of the guard shack .  Sgt. Averett stated that he stopped the
individual because he was trespassing and thought it might be an inmate trying to escape
from the facility.  After a brief interview with the individual, Sgt. Averett stated to me
that he determined he was not an inmate of the Correctional Facility.  I then approached the
individual and identified myself as a United States Border Patrol Agent and questioned him
as to his citizenship and nationality.  When asked of what country he was a citizen, the
individual, later identified as BELTRAN-Lay, Julio,  answered "United States Citizen."  When
asked if he had any identification, BELTRAN answered "No."  I asked BELTRAN United States
citizen questions concerning common knowledge that a United States citizen would know.  He
was not able to answer them.  His answers were confused and contradictory.  I detained
BELTRAN and transported him to the Chula Vista Border Patrol Station for further
investigation and processing.

At the station, BELTRAN's biographical and biometric information was entered into the
processing systems.  These systems, along with record checks revealed that BELTRAN is a
citizen and national of Mexico.  These record checks showed that he was removed from the
United...(CONTINUED ON NEXT PAGE)

| Signature              | Title               |
|                        |                     |
| EDGAR HUNT             | BORDER PATROL AGENT |

           2  of  3   Pages