January 15, 2008

Christopher M. Alexander
Assistant United States Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893

      Re: *United States v. Beltran-Lay*, 07cr3470

Dear Mr. Alexander:

      I understand you have been assigned to the matter of *United States v. Julio Beltran-Lay*. I write this letter to request specifically some discovery items that I believe are discoverable and material to the preparation of the defense.

    1.    <u>Deportation hearing</u>: Any audiotapes or other record from any deportation hearing pertaining to my client;

    2.    <u>A- file</u>: I respectfully request a convenient appointment time to review my client's A-file; and

    3.    <u>Statements</u>: Any other recorded statements attributed to my client.

      Thank you in advance for your time and attention to these matters. Of course, by making these requests, I seek only to identify more specifically material that I have reason to believe exists. I do not intend to waive or limit other requests I have already made or will make in the future, or other material that I am entitled to under the law.

      Please do not hesitate to contact me with any questions or concerns that you might have. I look forward to hearing from you.

Sincerely,


TIMOTHY A. SCOTT
Attorney for Julio C. Beltran-Lay