## Timothy A. Scott

**From:** Alexander, Christopher (USACAS) [Christopher.M.Alexander@usdoj.gov]
**Sent:** Tuesday, February 05, 2008 12:28 PM
**To:** Timothy A. Scott
**Subject:** RE: Beltran-Lay

Tim:

    I hope you are well too.  As you are aware, the United States has produced 41 pages and one DVD as discovery.  If you would like additional discovery, you should file a discovery motion.

    Also, I do not communicate by e-mail with opposing counsel.  So, this will be the only e-mail response you will receive from me.  Thank you for your time and attention.

Christopher

**From:** Timothy A. Scott [mailto:timscottlaw@cox.net]
**Sent:** Tuesday, February 05, 2008 12:19 PM
**To:** Alexander, Christopher (USACAS)
**Subject:** Beltran-Lay

Christopher,

I hope that you have been well since the last time we had a case together.  I write to ensure that you received my discovery letter in the above-captioned case.  If not, a copy is attached for your reference.

Please advise when you will have the opportunity to address these informal discovery requests.

Thank you in advance for your time and attention.

Tim

Timothy A. Scott
Law Offices of Timothy A. Scott, APC
1350 Columbia Street
Suite 600
San Diego, CA 92101
(619)794-0451 office
(619)652-9964 facsimile

The foregoing message is confidential and intended for the designated recipient only.  The foregoing information may be protected by attorney/client or work product privileges.  Accordingly, if you have received this message in error, please contact the Law Offices of Timothy A. Scott at (619) 794-0451 immediately and delete the message without reviewing, copying, or making further use of the information contained therein.