| | |
|---|---|
| 1 | **TIMOTHY A. SCOTT** |
|   | California Bar No. 215074 |
| 2 | LAW OFFICES OF TIMOTHY A. SCOTT |
|   | 1350 Columbia Street, Suite 600 |
| 3 | San Diego, CA 92101 |
|   | Telephone: (61) 794-0451 |
| 4 | Facsimile: (619) 652-9964 |
|   | email: timscottlaw@cox.net |
| 5 | |
|   | Attorneys for JULIO BELTRAN-LAY |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| UNITED STATES OF AMERICA, | ) | Case No. 07cr3470-BEN |
|---|---|---|
| Plaintiff, | ) | |
| | ) | Date:  February 25, 2008 |
| | ) | Time:  2:00 p.m. |
| v. | ) | |
| | ) | **NOTICE OF MOTIONS AND** |
| JULIO BELTRAN-LAY | ) | **MOTIONS TO:** |
| | ) | |
| Defendant. | ) | 1) Dismiss the Indictment for Unlawful |
| | ) |    Deportation. |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
      CHRISTOPHER M. ALEXANDER, ASSISTANT UNITED STATES ATTORNEY.

**PLEASE TAKE NOTICE** that on February 25, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, Julio Beltran-Lay, by and through counsel Timothy A. Scott, will ask this Court to enter an order granting the motion described above.

Dated: February 22, 2008                           Respectfully submitted,

                                                   *s/ Timothy A. Scott*

                                                   **TIMOTHY A. SCOTT**
                                                   Attorneys for Mr. Beltran-Lay