**TIMOTHY A. SCOTT**
California Bar No. 215074
LAW OFFICES OF TIMOTHY A. SCOTT
1350 Columbia Street, Suite 600
San Diego, California 92101
Telephone: (619) 794-0451
Facsimile: (619) 652-9964
email: timscottlaw@cox.net

Attorneys for Julio Beltran-Lay

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07cr3470-BEN |
| Plaintiff, | Date: February 25, 2007<br>Time: 2:00 p.m. |
| v. | **MOTION TO SHORTEN TIME** |
| Julio Beltran-Lay | |
| Defendant. | |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
      CHRISTOPHER M. ALEXANDER, ASSISTANT UNITED STATES ATTORNEY

Mr. Beltran-Lay, by and through counsel, hereby moves this Court to shorten time for the filing of this motion. This motion comes now because after the date of filing of the initial motions (which were filed timely on February 11, 2008), counsel discussed this case with an immigration attorney, who pointed out that Mr. Beltran-Lay's deportation appeared faulty. Mr. Beltran-Lay does not object to hearing this motion at the time of motions in limine, to give the government an opportunity to respond.

Dated: February 22, 2008                    Respectfully submitted,

                                            *s/ Timothy A. Scott*

                                            **TIMOTHY A. SCOTT**
                                            Attorneys for Mr. Beltran-Lay