**Certificate of Service**

**I served this Notice of Intent. I have determined that the person served with this document is the individual named on the other side of the form.**

Anjelica H Salas, IEA (Signature and Title of Officer) 10-10-2007 IN PERSON (Date and Manner of Service)

☒ I explained and/or served this Notice of Intent to the alien in the English language.

(Name of interpreter) (Signature of interpreter)

Location/Employer: DHS/ICE/DRO

**I Acknowledge that I Have Received this Notice of Intent to Issue a Final Administrative Removal Order.**

(Signature of Respondent) 10-10-07. 2:35 pm (Date and Time)

☐ The alien refused to acknowledge receipt of this document.

(Signature and Title of Officer) (Date and Time)

**☐ I Wish to Contest and/or to Request Withholding of Removal**

☐ I contest my deportability because: *(Attach any supporting documentation)*

- ☐ I am a citizen or national of the United States.
- ☐ I am a lawful permanent resident of the United States.
- ☐ I was not convicted of the criminal offense described in allegation number 6 above.
- ☐ I am attaching documents in support of my rebuttal and request for further review.

☐ I request withholding or deferral of removal to ____ [Name of Country or Countries]:

- ☐ Under section 241(b)(3) of the Act, 8 U.S.C. 1231(b)(3), because I fear persecution on account of my race, religion, nationality, membership in a particular social group, or political opinion in that country or those countries.
- ☐ Under the Convention Against Torture, because I fear torture in that country or those countries.

(Signature of Respondent) (Printed Name of Respondent) (Date and Time)

**☒ I Do Not Wish to Contest and/or to Request Withholding of Removal**

☒ I admit the allegations and charge in this Notice of Intent. I admit that I am deportable and acknowledge that I am not eligible for any form of relief from removal. I waive my right to rebut and contest the above charges. I do not wish to request withholding or deferral of removal. I wish to be removed to

Mexico

☒ I understand that I have the right to remain in the United States for 14 calendar days in order to apply for judicial review. I do not wish this opportunity. I waive this right.

(Signature of Respondent) Beltran Julio (Printed Name of Respondent) 10-10-07 2:35 pm (Date and Time)

(Signature of Witness) Anjelica H Salas (Printed Name of Witness) 10-10-07, 2:35 pm (Date and Time)

**RETURN THIS FORM TO:**
**Department Of Homeland Security**

DHS/ICE/DRO
800 TRUXTUN AVE
BAKERSFIELD, CA 93301

ATTENTION: **The Department office at the above address must RECEIVE your response within 10 calendar days from the date of service of this Notice of Intent (13 calendar days if service is by mail).**

Form I-851 (Rev. 08/01/07)