1  KAREN P. HEWITT
   United States Attorney
2  PAUL L. STARITA
   Assistant U.S. Attorney
3  California State Bar No. 219573
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California  92101-8893
5  Telephone: (619) 557-6507/(619) 235-2757 (Fax)
   Email: paul.starita@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          )  Criminal Case No. 07CR3470-BEN
                                       )
11               Plaintiff,            )  DATE:        April 28, 2008
                                       )  TIME:        2:00 p.m.
12          v.                         )
                                       )  **PLAINTIFF UNITED STATES' NOTICE**
13  JULIO BELTRAN-LAY,                 )  **OF MOTIONS AND MOTIONS IN LIMINE**
                                       )  **TO:**
14               Defendant.            )
                                       )  **(A)    PRECLUDE ALL WITNESSES**
15                                     )          **EXCEPT CASE AGENT;**
                                       )  **(B)    PROHIBIT REFERENCE TO**
16                                     )          **WHY DEFENDANT REENTERED;**
                                       )  **(C)    PROHIBIT REFERENCE**
17                                     )          **TO PRIOR RESIDENCY;**
                                       )  **(D)    PROHIBIT REFERENCE TO**
18                                     )          **DOCUMENT DESTRUCTION /**
                                       )          **POOR RECORD KEEPING BY INS**
19                                     )  **(E)    PROHIBIT REFERENCE TO AGE,**
                                       )          **FINANCES, EDUCATION, HEALTH**
20                                     )          **AND PUNISHMENT;**
                                       )  **(F)    ADMIT EXPERT TESTIMONY;**
21                                     )  **(G)    PRECLUDE DEFENSE EXPERT**
                                       )          **TESTIMONY; AND**
22                                     )  **(H)    ADMIT A-FILE DOCUMENTS**
                                       )
23

24  TO:    TIMOTHY A. SCOTT, ESQ., COUNSEL FOR DEFENDANT

25          PLEASE TAKE NOTICE that on April 28, 2008, at 2:00 p.m., or as soon thereafter as counsel

26  may be heard,  the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P.

27  Hewitt, United States Attorney, and Paul L. Starita, Assistant United States Attorney, will ask this Court

28  to enter an order granting the following motions.

                                                                        07CR3470-BEN

1

**MOTIONS**

2      The plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt,

3  United States Attorney, and Paul L. Starita, Assistant United States Attorney, pursuant to the Federal

4  Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves

5  this Court for an order granting the following motions:

6  **(A)    PRECLUDE ALL WITNESSES EXCEPT CASE AGENT;**
   **(B)    PROHIBIT REFERENCE TO WHY DEFENDANT REENTERED;**
7  **(C)    PROHIBIT REFERENCE TO PRIOR RESIDENCY;**
   **(D)    PROHIBIT REFERENCE TO DOCUMENT DESTRUCTION/POOR RECORD**
8  **       KEEPING BY INS;**
   **(E)    PROHIBIT REFERENCE TO AGE, FINANCES, EDUCATION, HEALTH, AND**
9  **       PUNISHMENT;**
   **(F)    ADMIT EXPERT TESTIMONY;**
10 **(G)    PRECLUDE DEFENSE EXPERT TESTIMONY; AND**
   **(H)    ADMIT A-FILE DOCUMENTS**

11
       These motions are based upon the notice of motions and are supported by the attached statement
12
   of facts and memorandum of points and authorities.
13
           DATED: April 11, 2008                    Respectfully Submitted,
14
                                                    KAREN P. HEWITT
15                                                  United States Attorney

16                                                  */s/ Paul L. Starita*
                                                    PAUL L. STARITA
17                                                  Assistant U.S. Attorney
                                                    Attorneys for Plaintiff
18                                                  United States of America
                                                    Email: paul.starita@usdoj.gov
19

20

21

22

23

24

25

26

27

28