KAREN P. HEWITT
United States Attorney
PAUL L. STARITA
Assistant U.S. Attorney
California State Bar No. 219573
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6507/(619) 235-2757 (Fax)
Email: paul.starita@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JULIO BELTRAN-LAY,<br><br>Defendant. | Criminal Case No. 07CR3470-BEN<br><br>DATE:  April 28, 2008<br>TIME:  2:00 p.m.<br><br>**PLAINTIFF UNITED STATES' NOTICE OF MOTIONS AND MOTIONS IN LIMINE TO:**<br><br>**(A) PRECLUDE ALL WITNESSES EXCEPT CASE AGENT;**<br>**(B) PROHIBIT REFERENCE TO WHY DEFENDANT REENTERED;**<br>**(C) PROHIBIT REFERENCE TO PRIOR RESIDENCY;**<br>**(D) PROHIBIT REFERENCE TO DOCUMENT DESTRUCTION / POOR RECORD KEEPING BY INS**<br>**(E) PROHIBIT REFERENCE TO AGE, FINANCES, EDUCATION, HEALTH AND PUNISHMENT;**<br>**(F) ADMIT EXPERT TESTIMONY;**<br>**(G) PRECLUDE DEFENSE EXPERT TESTIMONY; AND**<br>**(H) ADMIT A-FILE DOCUMENTS** |

TO:   TIMOTHY A. SCOTT, ESQ., COUNSEL FOR DEFENDANT

PLEASE TAKE NOTICE that on April 28, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Paul L. Starita, Assistant United States Attorney, will ask this Court to enter an order granting the following motions.

**MOTIONS**

The plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Paul L. Starita, Assistant United States Attorney, pursuant to the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order granting the following motions:

**(A) PRECLUDE ALL WITNESSES EXCEPT CASE AGENT;**
**(B) PROHIBIT REFERENCE TO WHY DEFENDANT REENTERED;**
**(C) PROHIBIT REFERENCE TO PRIOR RESIDENCY;**
**(D) PROHIBIT REFERENCE TO DOCUMENT DESTRUCTION/POOR RECORD KEEPING BY INS;**
**(E) PROHIBIT REFERENCE TO AGE, FINANCES, EDUCATION, HEALTH, AND PUNISHMENT;**
**(F) ADMIT EXPERT TESTIMONY;**
**(G) PRECLUDE DEFENSE EXPERT TESTIMONY; AND**
**(H) ADMIT A-FILE DOCUMENTS**

These motions are based upon the notice of motions and are supported by the attached statement of facts and memorandum of points and authorities.

DATED: April 14, 2008         Respectfully Submitted,

KAREN P. HEWITT
United States Attorney

*/s/ Paul L. Starita*
PAUL L. STARITA
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America
Email: paul.starita@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | Case No. 07CR3470-BEN |
|                                    ) | |
|           Plaintiff,               ) | |
|                                    ) | |
|           v.                       ) | |
|                                    ) | CERTIFICATE OF SERVICE |
| JULIO BELTRAN-LAY,                 ) | |
|                                    ) | |
|           Defendant.               ) | |
|                                    ) | |

IT IS HEREBY CERTIFIED THAT:

I, PAUL L. STARITA, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of United States' Motions In Limine to: **PRECLUDE ALL WITNESSES EXCEPT CASE AGENT; PROHIBIT REFERENCE TO WHY DEFENDANT REENTERED; PROHIBIT REFERENCE TO PRIOR RESIDENCY; PROHIBIT REFERENCE TO DOCUMENT DESTRUCTION/POOR RECORD KEEPING BY INS; PROHIBIT REFERENCE TO AGE, FINANCES, EDUCATION, HEALTH, AND PUNISHMENT; ADMIT EXPERT TESTIMONY; PRECLUDE DEFENSE EXPERT TESTIMONY; AND ADMIT A-FILE DOCUMENTS;** together with statement of facts and memorandum of points and authorities on the following by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Timothy A. Scott, Esq.
   Attorney for Defendant

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

1. N/A.

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 14, 2008.

                                              */s/ Paul L. Starita*
                                              PAUL L. STARITA