1  **TIMOTHY A. SCOTT**
   California Bar No. 215074
2  LAW OFFICES OF TIMOTHY A. SCOTT
   1350 Columbia Street, Suite 600
3  San Diego, CA 92101
   Telephone: (61) 794-0451
4  Facsimile: (619) 652-9964
   email: timscottlaw@cox.net
5
   Attorneys for JULIO BELTRAN-LAY
6

7
                    UNITED STATES DISTRICT COURT
8
                   SOUTHERN DISTRICT OF CALIFORNIA
9
                     (HONORABLE ROGER T. BENITEZ)
10

11  UNITED STATES OF AMERICA,          )  Case No. 07cr3470-BEN
                                       )
          Plaintiff,                   )  Date:   April 28, 2008
12                                     )  Time:   2:00 p.m.
                                       )
             v.                        )
13                                     )  **NOTICE OF MOTIONS AND**
    JULIO BELTRAN-LAY                  )  **MOTIONS *IN LIMINE* TO:**
14                                     )
          Defendant.                   )  1) Suppress Statements (w/ Declaration);
15                                     )  2) Suppress Fruits of Arrest (w/
                                       )     Declaration);
16                                     )  3) Exclude Expert Witnesses;
                                       )  4) Exclude prior bad acts under Fed. R.
17                                     )     Evid. 404, 608, and 609.
                                       )  5) Conduct Attorney Voir-Dire.
18  _____

19  TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
          PAUL L. STARITA, ASSISTANT UNITED STATES ATTORNEY.
20

21        **PLEASE TAKE NOTICE** that on April 28, 2008, at 2:00 p.m., or as soon thereafter as

22  counsel may be heard, Julio Beltran-Lay, by and through counsel Timothy A. Scott, will ask this

23  Court to enter an order granting the motions captioned above.

24        These motions are based upon the instant motions and notice of motions, the attached

25  statement of facts and memorandum of points and authorities, and any and all other materials

26  that may come to this Court's attention at the time of the hearing on these motions.

27  //

28  //

1 | Dated: April 14, 2008                                    Respectfully submitted,

2 |                                                          *s/ Timothy A. Scott*

3 |                                                          **TIMOTHY A. SCOTT**
  |                                                          Attorneys for Mr. Beltran-Lay

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28