TIMOTHY A. SCOTT
California Bar No. 215074
LAW OFFICES OF TIMOTHY A. SCOTT
1350 Columbia Street, Suite 600
San Diego, California 92101
Telephone: (619) 794-0451
Facsimile: (619) 652-9964
email: timscottlaw@cox.net

Attorneys for Julio Beltran-Lay

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07cr3470-BEN |
| Plaintiff | |
| v. | **DECLARATION OF JULIO BELTRAN-LAY IN SUPPORT OF MOTION TO SUPPRESS OCT. 10 CUSTODIAL STATEMENTS** |
| Julio Beltran-Lay | |
| Defendant. | |

I, Julio Beltran-Lay, declare under penalty of perjury that the following is true and correct to the best of my knowledge.

1. I am the accused in this case. I have pleaded not guilty to the charges against me. I make this declaration because I respectfully request a hearing to decide whether the Court should suppress statements that the government says I said while in immigration custody.

2. My attorney typed this declaration out for me. He did so after I told him what happened, though, and I have read the declaration, and adopt the words as my own. At the same time, this statement does not include every fact that I know about these events.

3. In the fall of 2007, I was serving time in state prison for a state offense. My release date was supposed to be October 8, 2007, and naturally I was looking forward to that date.

4. October 8 came and went and I was not released from prison. I was told that I had an

1. immigration hold instead.
2. 5. On October 10, 2007 I was brought by bus from Corcoran State Prison to an immigration jail in Fresno, California. I was in custody the whole time.
3. 6. That same day, I was escorted out of my locked room and brought before an immigration officer, Angelica Salas. I never saw a judge. Officer Salas put a piece of paper in front of me and explained things this way: sign here and we'll release you. If you want to fight your deportation rather than sign, you can do that, but it will take a long time – maybe years – and you'll stay in custody the whole time. Ms. Salas made clear to me that the choices were sign now and get released, or don't sign and sit in jail for a long, long time.
4. 7. I felt that I didn't really have a choice. I was scared that I would stay locked up for years if I didn't sign the form that the officer wanted me to sign. I ended up just signing the form, but I didn't do it voluntarily. I think that my constitutional rights were violated in the way in which they got me to sign this form. I request a hearing on the issue.

I declare the foregoing to be true and correct to the best of my knowledge.

_____          4.7.08.
JULIO BELTRAN-LAY                        DATE