TIMOTHY A. SCOTT
California Bar No. 215074
LAW OFFICES OF TIMOTHY A. SCOTT
1350 Columbia Street, Suite 600
San Diego, California 92101
Telephone: (619) 794-0451
Facsimile: (619) 652-9964
email: timscottlaw@cox.net

Attorneys for Julio Beltran-Lay

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE ROGER T. BENITEZ)

| UNITED STATES OF AMERICA, | ) | Case No. 07cr3470-BEN |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | DECLARATION OF JULIO BELTRAN-LAY IN SUPPORT OF MOTION TO SUPPRESS WRITTEN STATEMENTS TAKEN AT THE BORDER PATROL STATION ON DATE OF ARREST |
| Julio Beltran-Lay | ) | |
| Defendant. | ) | |

I, Julio Beltran-Lay, declare under penalty of perjury that the following is true and correct to the best of my knowledge.

1. I am the accused in this case. I have pleaded not guilty to the charges against me. I make this declaration because I respectfully request a hearing to decide whether the statements that the government says I said can be used against me in court.

2. My attorney typed this declaration out for me. He did so after I told him what happened, though, and I have read the declaration, and adopt the words as my own. At the same time, this statement does not include every fact that I know about these events.

3. After I was arrested near Donovan State Prison, Border Patrol brought me to a border patrol station. I make this declaration about an alleged written statement attributed to me, where I allegedly state that I am a citizen of Mexico and ask to be returned to my country of origin

(a copy of this statement is attached to this declaration).

4. What happened is this: Border Patrol agents brought me back to the border patrol station, fingerprinted me, and began filling out paperwork. At one point, they read me my *Miranda* rights, and told me that I had the right to remain silent. I invoked my right to remain silent, and told them that I didn't want to answer any questions or make any statements without a lawyer present.

5. Nevertheless, *after* I said that I did not want to make a statement or answer questions, agents approached me with a form. They told me that I *had to* check one of the boxes in the form and sign it. They led me to believe that if I asked to be returned to Mexico, that that might happen, rather than being prosecuted for a crime. For that reason alone, I signed the form, and I did so *after* I invoked my Miranda rights.

6. I request that the Court grant a hearing before admitting these alleged statements into evidence. I don't think that it is fair to use them against me because I was essentially tricked into signing the form because I thought I would be let go, and I had already said I didn't want to answer questions.

I declare the foregoing to be true and correct to the best of my knowledge.

_____          4-7-08
JULIO BELTRAN-LAY                                     DATE

<b>EX PARTE / UNDER SEAL</b>

TIMOTHY A. SCOTT
California Bar No. 215074
LAW OFFICES OF TIMOTHY A. SCOTT
1350 Columbia Street, Suite 600
San Diego, California 92101
Telephone: (619) 794-0451
Facsimile: (619) 652-9964
email: timscottlaw@cox.net

Attorneys for Julio Beltran-Lay

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE ROGER T. BENITEZ)

| UNITED STATES OF AMERICA, | ) | Case No. 07cr3470-BEN |
| --- | --- | --- |
| Plaintiff, | ) | Date: February 25, 2007 |
|  | ) | Time: 2:00 p.m. |
| v. | ) | **ORDER** |
| Julio Beltran-Lay | ) | 1) To approve additional investigator hours; |
|  | ) | 2) To permit interim billing as necessary. |
| Defendant. | ) |  |

Upon application of Mr. Beltran-Lay by and through counsel, and good cause being shown, it is hereby ordered as follows:

1. Additional investigator hours are approved, not to exceed thirty hours above the statutory cap, absent further leave of Court; and
2. Interim billing shall be permitted, subject to the approval of this Court in future orders.

_____                                                                    _____
Date                                                                                          HONORABLE ROGER T. BENITEZ
                                                                                                    District Judge