TIMOTHY A. SCOTT
California Bar No. 215074
LAW OFFICES OF TIMOTHY A. SCOTT
1350 Columbia Street, Suite 600
San Diego, California 92101
Telephone: (619) 794-0451
Facsimile: (619) 652-9964
email: timscottlaw@cox.net

Attorneys for Julio Beltran-Lay

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>    v.<br><br>Julio Beltran-Lay<br><br><br><br>    Defendant. | Case No. 07cr3470-BEN<br><br><br><br>DECLARATION OF JULIO BELTRAN-LAY<br>IN SUPPORT OF MOTION TO SUPPRESS<br>FRUIT OF ILLEGAL ARREST |

I, Julio Beltran-Lay, declare under penalty of perjury that the following is true and correct to the best of my knowledge.

1. I am the accused in this case. I have pleaded not guilty to the charges against me. I make this declaration because I respectfully request a hearing to decide whether the Court should suppress evidence gathered as a result of illegally arresting me.

2. My attorney typed this declaration out for me. He did so after I told him what happened, though, and I have read the declaration, and adopt the words as my own. At the same time, this statement does not include every fact that I know about these events.

3. On October 22, 2007, I was walking in the Otay Mesa area of San Diego County. I became lost, so I walked towards lights coming from some buildings in the distance. As I walked toward the building, a man drove up in a pickup truck, and asked if he could help me. I

     understand now that he was an officer at Donovan State prison.

4. I explained that I was lost, and simply needed to get back to the road. He responded that I was an illegal, and that I came from the hills. I denied this statement.

5. The man handcuffed me immediately. He then called border patrol.

6. Border Patrol asked me my citizenship, and I explained that I am a United States citizen. I speak English fluently, and do not have an accent because I lived my whole life in this country.

7. I am informed that the Border Patrol officer now claims that he asked me "United States citizen questions" that I didn't know the answer to. This statement is simply false. It didn't happen like that.

8. In reality, the agent asked me only which schools I went to. I explained Graham Elementary School and Charles Drew Middle School, which is true. The agent did not ask me any questions that I did not know the answer to. He is not telling the truth if he says otherwise.

9. Though I answered all of his questions, the agent simply kept me under arrest, took me in his vehicle, and took me in custody to the border patrol station. I respectfully request a hearing so that the Court can take evidence before deciding whether this was a lawful arrest or not.

I declare the foregoing to be true and correct to the best of my knowledge.

_[signature]_                                                                         4-7-08

JULIO BELTRAN-LAY                                         DATE