

**U.S. Department of Justice**

*Karen P. Hewitt*
*United States Attorney*
*Southern District of California*

| | |
|---|---|
| *Paul L. Starita* | *(619) 557-6507* |
| *Assistant United States Attorney* | *Fax (619) 235-2757* |

| | |
|---|---|
| *San Diego County Office* | *Imperial County Office* |
| *Federal Office Building* | *513 Industry Way* |
| *880 Front Street, Room 6293* | *Suite C* |
| *San Diego, California 92101-8893* | *Imperial, California 92251* |

April 10, 2008

**VIA ELECTRONIC MAIL**

Timothy A. Scott, Esq.
Law Office of Timothy A. Scott
1350 Columbia Street, Suite 600
San Diego, California 92101

      Re:    United States v. Julio Beltran-Lay
                 Criminal Case No. 08CR3470-BEN

Dear Mr. Scott:

      This letter serves as the Government's notice of evidence to be presented at trial in the above-referenced case pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G), and Federal Rules of Evidence 702, 703, and 705.

      The Government intends to elicit testimony from Mr. David Beers. Mr. Beers will testify as an expert in the field of fingerprint examination. Specifically, he will testify regarding the known fingerprints of your client and will describe the process used in analyzing and comparing these fingerprints. Mr. Beers will opine that the fingerprints contained on the documents found in your client's A-File match the known prints of your client taken by Mr. Beers on April 9, 2008. A copy of Mr. Beers' statement of qualifications and his report of analysis are attached for your review.

      Additionally, the Government intends to elicit testimony from Senior Border Patrol Agent Sean Braud, Department of Homeland Security, regarding his review of documents in your client's A-File and the Department of Homeland Security's computer databases. Although the Government does not necessarily believe that Agent Braud is an expert witness under Federal Rule of Criminal Procedure 16(a)(1)(G), we, nonetheless, inform you that he will testify that there is no record of your client filing an application for permission from the requisite authorities to reenter the United States after your client's most recent deportation/removal from the United States to Mexico. Further, Agent Braud will testify that there is no record of the requisite authorities granting your client permission to reenter the United States after your client's deportation/removal from the United States to Mexico. Agent Braud will base his testimony on his background, education, experience, training and his familiarity with the Department of Homeland Security's computer databases.

Timothy A. Scott, Esq.
Re:   United States v. Julio Beltran-Lay
      Criminal Case No. 08CR3470-BEN
April 10, 2008
Page 2 of 2


      Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(C), the Government hereby requests a similar written summary regarding experts that the Defendant may call at trial. Please contact me if you have any questions or if you are interested in entering into a stipulation regarding any of this evidence.

      Sincerely,

      KAREN P. HEWITT
      United States Attorney

      *Paul L. Starita*

      PAUL L. STARITA
      Assistant United States Attorney


Attachments:
Mr. Beers' Statement of Qualifications
Mr. Beers' Report of Analysis re Julio Beltran-Lay