1 **TIMOTHY A. SCOTT**
California Bar No. 215074
2 LAW OFFICES OF TIMOTHY A. SCOTT
1350 Columbia Street, Suite 600
3 San Diego, CA 92101
Telephone: (61) 794-0451
4 Facsimile: (619) 652-9964
email: timscottlaw@cox.net
5
Attorneys for JULIO BELTRAN-LAY
6

7
UNITED STATES DISTRICT COURT
8
SOUTHERN DISTRICT OF CALIFORNIA
9
**(HONORABLE ROGER T. BENITEZ)**
10

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07cr3470-BEN |
| Plaintiff, | Date:   April 28, 2008 |
| | Time:   2:00 p.m. |
| v. | |
| JULIO BELTRAN-LAY | **NOTICE OF MOTIONS AND MOTIONS *IN LIMINE* TO:** |
| Defendant. | 1) Preadmit Baptism Certificate; |
| | 2) Preadmit School Records; |
| | 3) Preadmit Certificate of No Record. |

17 TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
PAUL L. STARITA, ASSISTANT UNITED STATES ATTORNEY.
18

19 **PLEASE TAKE NOTICE** that on April 28, 2008, at 2:00 p.m., or as soon thereafter as

20 counsel may be heard, Julio Beltran-Lay, by and through counsel Timothy A. Scott, will ask this

21 Court to enter an order granting the motions captioned above.

22 These motions are based upon the instant motions and notice of motions, the attached

23 statement of facts and memorandum of points and authorities, and any and all other materials

24 that may come to this Court's attention at the time of the hearing on these motions.

25 Dated: April 14, 2008                                   Respectfully submitted,

26                                                                              *s/ Timothy A. Scott*

27                                                                              **TIMOTHY A. SCOTT**
                                                                                    Attorneys for Mr. Beltran-Lay
28