UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE ROGER T. BENITEZ)

Case No. 07cr3470-BEN

DECLARATION OF CUSTODIAN
OF CHURCH RECORDS

1. I, Maria Lourdes Beltran, declare under penalty of perjury that the following is true and correct to the best of my knowledge.

2. I am employed at St. Matthias Catholic Church, in Huntington Park, California. St. Matthias is a Catholic parish under the Archdiocese of Los Angeles.

3. I am the custodian of records for St. Matthias Catholic Church.

4. Attached to this declaration is a true and correct copy of the original baptism certificate for Julio Cesar Beltran, date of birth 9/25/87, who was baptized at this parish on October 1, 1988. I have personally reviewed the original baptism certificate and verified the seal of the Church upon it.

5. The attached records were made at or near the time of the baptism; were made by (or from information transmitted by) a person with knowledge of the facts therein; they were made in

1  the course of the regularly conducted religious business of the church; and it was and is the
2  regular practice of the Church to make and keep these records in the course of Church
3  business.
4  6.    The baptism was performed by a Church official authorized to administer the sacrament of
5  baptism under the rules and practices of the Church.

7  I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*Maria Lourdes Beltran*        3-20-08

MARIA LOURDES BELTRAN        DATE

## PARROQUIA DE SAN MATIAS
Huntington Park, California U.S.A.

La paz del Señor esté con ustedes.

### Acta De Bautismo
### Certifico que:

El niño (a) _Julio Cesar Beltrán_

hijo de _Teresa Loy_

y de _____

que nació en _Los Angeles California_

el día _25_ del mes de _Sep._ del año _1987_

Fué bautizado en esta parroquia

el día _1º_ del mes de _Octubre_ del año _1988_

conforme al rito de la Iglesia Católica Apostólica y

Romana por el Revdo. Padre _Jose Diez_

Fueron padrinos _Daniel San Juan_

y _Patricia San Juan_

según consta en el Registro de Bautismos de esta Parroquia.

Fecha _1 Octubre 1988_

_____ Párroco