UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

) Case No. 07cr3470-BEN
)
)
)
)
) **DECLARATION OF CUSTODIAN**
) **OF SCHOOL RECORDS**
)
)
)
)
)

1. I, Manuel Santamaria Lara, declare under penalty of perjury that the following is true and correct to the best of my knowledge.

2. I am the Assistant Principal, Secondary Counseling Services at Charles Drew Middle School in Los Angeles, California. I serve as Head Counselor for Charles Drew Middle School, and have been at Charles Drew since 1991.

3. I qualify as a custodian of records for Charles Drew Middle School.

4. Attached to this declaration is a true and correct copy of the available school records for Julio Cesar Beltran-Lay, date of birth 9/25/87, who attended this school from 1998-2000.

5. The attached records were made at or near the time of the events described therein; were made by (or from information transmitted by) a person with knowledge of the facts therein; they were made in the course of the regularly-conducted business of the school; and it was

and is the regular practice of the school to make and keep these records in the course of school business.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

3-18-08

MANUEL SANTAMARIA LARA

DATE

```
ID01                ID 092587M076    Rec Nr 0071    EnrStatus Active

101) Name BELTRAN, JULIO CESAR       140) SLC       141) Grade 06  142) Track B
103) Nickname  "        "            143) School of Attend  8112 Drew Mid
104) Birthdate  09/25/87             144) Special Attend
105) Birth Ver  7  BaptismalCertif   145) % Of Full Aprn     100%
106) Birth Regn CA California        146) Record Room         24
107) Sex         M  Male             147) Entry E Code      E2   Other LAUSD
108) Ethnicity  4 H                  148) Prev Schl/Region  4219 Graham El
109) 1st US Enrollment               149) Schl of Residence 8112 Drew Mid
       Residing with                 150) Attendance Permit
121) Name    LAY, TERESA             151) Att Permit Date
122) Title   4     Mrs               152) Trans Pgm
123) Relat'n 4     Mother            153) Dist. Assignment
124) Address 8136 HOLMES AV          156) MailAdd
125) Zip     90001 Los Angeles       157) MailZip+City
126) Phone   (323) 583-7355          159) Pager(    )          Cell(    )
128) PrevAdd                         161) Emer Name  JUAN, PATRICIA
129) PrevZip                         162) Emer Relat
       Local Use 11                  163) Emer Phone (323) 581-8831 ext
131)                                 171) Work Name
132) Loc12            133) Loc13     172) Work Phone (    )         ext
Tab to    , or select from function keys below.
Search  Alpha/Rec  Tab To ___  New   <-Page->  <--Stu-->  Help  Exit   Erase
 <F1>     <F2>       <F3>      <F4>  <F5><F6>  <F7> <F8>  <F9>  <Esc>  <Ctrl R>
```