

**ESTADOS UNIDOS MEXICANOS**
Oficialía del Registro Civil



## INEXISTENCIA DE NACIMIENTO

El Ciudadano **LIC. SILVIA ALVAREZ HERNANDEZ**   Oficial **01**

del Registro Civil de la Ciudad de Tijuana, Baja California, México.

### CERTIFICA QUE

Habiéndose efectuado una minuciosa búsqueda en los libros índices de NACIMIENTO, correspondientes desde la fecha de su nacimiento  **25 DE SEPTIEMBRE DE 1986**  a **31 DE MARZO 2008**, no se encontró registrado el NACIMIENTO de **JULIO CESAR BELTRAN LAY**

A solicitud de la parte interesada y para los usos legales que al mismo convengan, se expide el presente certificado de INEXISTENCIA DE NACIMIENTO en esta ciudad de Tijuana, Estado de Baja California, México, a los **31** días del mes de **MARZO** de 200**8**

LA PRESENTE CERTIFICACIÓN NO EXCLUYE LA POSIBILIDAD DE QUE DICHO REGISTRO DE NACIMIENTO SE ENCUENTRE EN OTRA OFICIALÍA DE ESTA CIUDAD O EN OTRO MUNICIPIO.

Trámite para:

**TRIBUNAL DE LOS ESTADOS UNIDOS**
NOTA: NOPRESENTA DOCUMENTACION, PRESENTO OFICIO DE LAW OFFICES OF TOMOTHY A. SCOTT CON DIRECCION, 1350 COLUMBIA ST. SUITE 600, SAN DIEGO CA. 92101

Informe rendido por el Jefe de Archivo

**C. ARMANDO CISNEROS**

El Oficial del Registro Civil

**LIC. SILVIA ALVAREZ HERNANDEZ**

Informática

**C. LIDIA CABRERA.**

*Para que estés bien y de buenas*




02-T/175/2008

# México

## Apostille

(Convention de la Haye du 5 octobre 1961)

Derechos  $424.00
No. orden  02-T/175/2008

En México el presente documento público ha sido firmado
por  LIC. SILVIA ALVAREZ HERNANDEZ
quien actúa en calidad de  OFICIAL DEL REGISTRO CIVIL DE
ESTA CIUDAD

y está revestido del sello correspondiente a  OFICIALIA NUMERO 1 DEL
REGISTRO CIVIL DE TIJUANA, BAJA CALIFORNIA
Certificado en  TIJUANA, B. C.  por LIC. DOMINGO RAMOS MEDINA
SUBDIRECTOR DE GOBIERNO
TIJUANA, B. C.  el  31  de  MARZO  de 2008

Firma






**ESTADOS UNIDOS MEXICANOS**
Oficialía del Registro Civil



## INEXISTENCIA DE NACIMIENTO

El Ciudadano **LIC. SILVIA ALVAREZ HERNANDEZ** Oficial **01**

del Registro Civil de la Ciudad de Tijuana, Baja California, México.

### CERTIFICA QUE

Habiéndose efectuado una minuciosa búsqueda en los libros índices de NACIMIENTO, correspondientes desde la fecha de su nacimiento **25 DE SEPTIEMBRE DE 1986** a **31 DE MARZO 2008**, no se encontró registrado el NACIMIENTO de **JULIO CESAR MURILLO BELTRAN**

A solicitud de la parte interesada y para los usos legales que al mismo convengan, se expide el presente certificado de INEXISTENCIA DE NACIMIENTO en esta ciudad de Tijuana, Estado de Baja California, México, a los **31** días del mes de **MARZO** de 200**8**

LA PRESENTE CERTIFICACIÓN NO EXCLUYE LA POSIBILIDAD DE QUE DICHO REGISTRO DE NACIMIENTO SE ENCUENTRE EN OTRA OFICIALÍA DE ESTA CIUDAD O EN OTRO MUNICIPIO.

Trámite para:

**TRIBUNAL DE LOS ESTADOS UNIDOS**
NOTA: NOPRESENTA DOCUMENTACION, PRESENTO OFICIO DE LAW OFFICES OF TOMOTHY A. SCOTT CON DIRECCION, 1350 COLUMBIA ST. SUITE 600, SAN DIEGO CA. 92101

Informe rendido por el Jefe de Archivo

**C. ARMANDO CISNEROS**

El Oficial del Registro Civil

**LIC. SILVIA ALVAREZ HERNANDEZ**

Informática

**C. LIDIA CABRERA.**

*Para que estés bien y de buenas*





```
                                                    02-T/176/2008

                            México

         B.C.               Apostille
                (Convention de la Haye du 5 octobre 1961)

                            Derechos    $424.00
                            No. orden   02-T/176/2008

En México el presente documento público ha sido firmado
por     LIC. SILVIA ALVAREZ HERNANDEZ
quien actúa en calidad de   OFICIAL DEL REGISTRO CIVIL DE
        ESTA CIUDAD

y está revestido del sello correspondiente a   OFICIALIA NUMERO 1 DEL
REGISTRO CIVIL DE TIJUANA, BAJA CALIFORNIA
Certificado en   TIJUANA, B.C.    por LIC. DOMINGO RAMOS MEDINA
        SUBDIRECTOR DE GOBIERNO
TIJUANA, B.C.   el   1   de   ABRIL   de 2008

                            Firma
```

