


KAREN P. HEWITT
United States Attorney
PAUL L. STARITA
Assistant U.S. Attorney
California State Bar No. 219972
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6507

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JULIO BELTRAN-LAY, Defendant. | Case No. 07CR3470-BEN<br>**DEFERRED PROSECUTION AGREEMENT** |

JULIO BELTRAN-LAY, you are charged by Indictment filed on December 27, 2007, in Case No. 07CR3470-BEN, with committing the offense of being a deported alien found in the United States on or about October 22, 2007, in violation of Title 8, United States Code, Section 1326.

It appears that the interest of the United States, your interest, and the interest of justice will be served by the following procedure:

On authority of the Attorney General of the United States, by Karen P. Hewitt, United States Attorney for the Southern District of California, and provided you abide by the following conditions, the United States agrees that the prosecution of you for the offenses you allegedly committed on or about October 22, 2007, shall be deferred for the period of six (6) months from the filing of this Agreement.

//

If, upon completion of your period of deferred prosecution, it is determined by the United States Attorney that: (1) you have complied with this agreement and (2) that the United States Citizenship and Immigration Services or the United States Department of Homeland Security (hereinafter "the proper adjudicating authorities") has determined that you are a United States citizen, no further prosecution of you in this District for the offense you allegedly committed on or about October 22, 2007 will be maintained and the pending charge will be dismissed with prejudice. However, if you violate the conditions of this Agreement during your period of deferred prosecution, or if the proper adjudicating authorities determine that you do not have a legitimate claim to United States citizenship, the United States Attorney may proceed with the prosecution.

In the event that the United States Attorney proceeds with the prosecution in this case, this Agreement or information provided by you, or others on your behalf, to the proper adjudicating authorities may be admissible as evidence against you, to the extent permitted by the Federal Rules of Evidence and all applicable laws of the United States, in any trial, court proceeding, or hearing, including (1) to show that you failed to apply to the proper adjudicating authorities for a Certificate of United States Citizenship, (2) to show that you failed to prove to the proper adjudicating authorities that you qualify for a Certificate of United States Citizenship, and (3) for purposes of impeachment and rebuttal. Additionally, the United States agrees that if Defendant is denied a Certificate of United States Citizenship, the fact of this denial would not be admissible against Defendant, for any purpose, at a criminal trial in Criminal Case No. 07CR3470-BEN. However, the United States would be free to move admit into evidence the fact of denial in any subsequent criminal proceedings, subject to the Federal Rules of Evidence and all applicable laws of the United States, and Defendant would be free to oppose admission of the fact of denial.

//

//

//

//

//

Further, it is the intent of the parties that you remain in the custody of the United States Marshal for the Southern District of California during the pendency of this Agreement. It is also the intent of the parties that all time that you spend in the custody of the United States Marshal shall count toward any sentence that you might receive for the offense that you allegedly committed on or about October 22, 2007.

**CONDITIONS OF DEFERRED PROSECUTION**

1. You shall not violate any federal, state or local law.

2. You shall submit a Form N-600, Application for a Certificate of Citizenship, for the proper adjudicating authorities with the proper filing fee pursuant to the governing regulations within two weeks of the signing and filing of this Agreement.

3. You shall promptly and timely respond to any request by the proper adjudicating authorities for requisite supporting information for the processing of the application.

4. You shall promptly make available to the proper adjudicating authorities any person or document requested by said adjudicating authorities for use in processing the application.

5. You shall promptly comply with a request of the proper adjudicating authorities for a personal interview.

6. You shall reply truthfully to any question posed to you by the proper adjudicating authorities for use in processing the application for citizenship.

7. You shall prosecute fully and completely your claim of United States citizenship to allow the proper adjudicating authorities to make a final determination of your status.

Dated: 4/28/08

PAUL L. STARITA
Assistant U.S. Attorney

//

//

//

//

//

**CONSENT OF DEFENDANT**

I agree with the description of the status of the case set forth in this Agreement. I hereby request that the United States Attorney for the Southern District of California to defer prosecution of me for the offense that I allegedly committed on or about October 22, 2007 for the period of six (6) months from the filing of this Agreement.

Should prosecution be instituted, I agree that any delay resulting from this Agreement shall be deemed to be an excludable delay pursuant to Title 18, United States Code, Section 3161(h)(2).

The terms and conditions of this agreement have been read to me in my native language and explained to me by my attorney. I understand them and agree to comply with them. I have read this Agreement and carefully reviewed every part of it with my attorney. I understand this Agreement and I voluntarily agree to it. Moreover, I have consulted with my counsel, Timothy A. Scott, Esq., and am completely satisfied with the advice and guidance she has provided me in regards to this case and this Agreement, and wholeheartedly concur with his advice to me in regards to this Agreement and the ultimate consequences should I violate its terms and conditions.

Dated: 4.25.08

JULIO BELTRAN-LAY
Defendant

**CONSENT OF DEFENSE COUNSEL**

I am JULIO BELTRAN-LAY's attorney. I have fully explained to him his rights with respect to the offense pending against him. I have carefully reviewed every part of this Deferred Prosecution Agreement with him. To my knowledge, his decision to enter into this Agreement is an informed and voluntary one.

Dated: 4/25/08

TIMOTHY A. SCOTT, ESQ.
Attorney for the Defendant

//

//

**APPROVAL OF THE COURT**

Considering the foregoing, and for good cause shown and in the interest of justice, this Deferred Prosecution Agreement for the purpose of allowing Defendant JULIO BELTRAN-LAY to establish his qualifications for a Certificate of United States Citizenship is hereby approved, and the delay resulting from this Agreement is hereby ordered excluded pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(2). Further, it is hereby ordered that JULIO BELTRAN-LAY remain in the custody of the United States Marshal for the Southern District of California during the pendency of this Deferred Prosecution Agreement or until further order or this Court.

Dated: 4/28/08

HONORABLE ROGER T. BENITEZ
United States District Judge