UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Criminal Case No. 07CR3470-BEN |
| Plaintiff,   ) | |
| v.   ) | **ORDER TO DISMISS INDICTMENT WITHOUT PREJUDICE** |
| JULIO BELTRAN-LAY,   ) | |
| Defendants.   ) | |

FILED
AUG - 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Upon motion of the UNITED STATES OF AMERICA and good cause appearing thereof,

**IT IS HEREBY ORDERED** that the Indictment in the above-referenced case be dismissed without prejudice.

**IT IF FURTHER ORDERED** that Defendant JULIO BELTRAN-LAY be released and remanded to the custody of the United States Department of Homeland Security.

**SO ORDERED.**

DATED: 8/04, 2008.

HON. ROGER T. BENITEZ
United States District Court Judge