# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 07CR3470-BEN |
| --- | --- | --- |
| vs | ) | ABSTRACT OF ORDER |
| Julio Beltran-Lay (1) | ) | Booking No. 05333298 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of **August 4, 2008** the Court entered the following order:

- [X] Defendant be released from custody.
- [ ] Defendant placed on supervised / unsupervised probation / supervised release.
- [ ] Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
- [ ] Defendant released on $_____ bond posted.
- [ ] Defendant appeared in Court. FINGERPRINT & RELEASE.
- [ ] Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.
- [ ] Defendant sentenced to TIME SERVED, supervised release for _____ years.
- [ ] c.c. judgment Court of Appeals (_____ affirming) (_____ reversing) decision of this Court:
  _____ dismissing appeal filed.
- [ ] Bench Warrant Recalled.
- [ ] Defendant forfeited collateral.
- [X] Case Dismissed.
- [ ] Defendant to be released to Pretrial Services for electronic monitoring.
- [X] Other. **See attached Order**

RECEIVED 2008 AUG -4 A 1:57 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.    Clerk
by _____ Deputy Clerk

G. Rivera

Received _____ DUSM

Crim-9 (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151