FILED
2008 AUG -5 AM 8:55
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3470-BEN |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER TO DISMISS INDICTMENT WITHOUT PREJUDICE** |
| JULIO BELTRAN-LAY, | ) | |
| Defendants. | ) | |

FILED
AUG - 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Upon motion of the UNITED STATES OF AMERICA and good cause appearing thereof,

**IT IS HEREBY ORDERED** that the Indictment in the above-referenced case be dismissed without prejudice.

**IT IF FURTHER ORDERED** that Defendant JULIO BELTRAN-LAY be released and remanded to the custody of the United States Department of Homeland Security.

**SO ORDERED.**

DATED: 8/04 , 2008.

_____
HON. ROGER T. BENITEZ
United States District Court Judge

I have executed within Order
Judgement and Commitment on 8/4/08
United States Marshal
By: _____
USMS Criminal Section